THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACQUELINE S. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:12-cv-01182 |
| | ) |
| BANK OF AMERICA N.A. dba BANK OF AMERICA HOME LOANS, THE NEWPORT AGENCY, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff, Jacqueline Robinson, and counsel for Defendant, Defendant Bank of America, N.A.[1] having reached a settlement in this matter, hereby stipulate that this matter be dismissed WITH PREJUDICE pursuant to settlement, each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED, this 12th day of August, 2014.

Respectfully submitted,

/s/ Lauren Paxton Roberts
Lauren Paxton Roberts (BPR No. 25049)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN  37219
(615) 782-2284 (phone)
(615) 742-0729 (fax)
Lauren.roberts@stites.com
*Attorney for Bank of America, N.A.*

---

[1] Incorrectly named as Bank of America, N.A. d/b/a Bank of America Home Loans

/s/ J. Trent Lehman
J. Trent Lehman (BPR No. 22164)
LEHMAN & LEHMAN
1646 Westgate Circle, Suite 102
Brentwood, Tennessee 37027
(615) 371-8999 (phone)
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, do hereby certify that true and exact copies of the foregoing **Stipulation of Dismissal with Prejudice** have on this 12th day of August, 2014 been filed with the Clerk of the Court using the CM/ECF system and mailed a true copy of same via prepaid First Class mail, or electronic mail to:

J. Trent Lehman
Lehman & Lehman
1646 Westgate Circle, Suite 102
Brentwood, Tennessee 37027
*Attorney for Plaintiff*

Steven M. Jacoway
537 Market Street, Suite 202
Chattanooga, Tennessee 37402
*Attorney for Defendant Fidelity National Property & Casualty Insurance Company*

Nicholas Bragorgos
McNabb, Bragorgos & Burgess PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103
Telephone: (901) 624-0640
Facsimile: (901) 624-0650
NBragorgos@mbb-law.com
*Attorney for Defendant The Newport Agency*

Keith Detweller
Nielson Law Firm, LLC
3838 North Causeway Boulevard
Suite 2850
Metairie, Louisiana 70002
*Attorney for Defendant Fidelity National Property & Casualty Insurance Company*

*/s/ Lauren Paxton Roberts*
Lauren Paxton Roberts