**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| JACQUELINE S. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-cv-01182 |
| BANK OF AMERICA N.A. dba BANK OF | ) | JURY DEMAND |
| AMERICA HOME LOANS, THE | ) | |
| NEWPORT AGENCY, FIDELITY | ) | |
| NATIONAL PROPERTY AND | ) | Judge CAMPBELL |
| CAUSALITY INSURANCE COMPANY | ) | Magistrate Judge GRIFFIN |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Comes now Plaintiff and Defendant Fidelity, by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and gives notice of a settlement between the parties as to the claims and allegations in Plaintiffs Complaint, and stipulate to voluntary dismissal with prejudice, each party to bear its own costs and attorney fees.

Respectfully submitted,

**s/ *J.Trent Lehman***
J. Trent Lehman, Bar No. 22164
Lehman & Lehman
1646 Westgate Circle, Suite 102
Brentwood, TN 37027
Telephone: (615) 371-8999
Fax: (615) 371-8987
trent@jtlehmanlaw.com

*Attorney for Plaintiff*

1

*s/ Keith Detweiler with express permission by JTL*
Keith Detweiler
Nielson Law Firm, LLC
3838 North Causeway Boulevard
Suite 2850
Metairie, Louisiana 70002
*Attorney for Defendant Fidelity National Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, a copy of the foregoing was served electronically and/or via first-class U.S. mail, postage prepaid, upon all parties as indicated below.

Holly R. Stevens
McGuireWoods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
*Attorney for Bank of America, N.A.*

Steven M. Jacoway
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 202
Chattanooga, Tennessee 37402
*Attorney for Defendant Fidelity National Property & Casualty Insurance Company*

Nicholas Bragorgos      Bar No. 12000
McNabb, Bragorgos & Burgess PLLC
81 Monroe Avenue
Sixth Floor
Memphis, Tennessee 38103
*Attorney for Defendant The Newport Agency*

**s/ J. Trent Lehman**
J. Trent Lehman

2